# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JAMES OLIVER DeLAMAR                                           PLAINTIFF
ADC #510255

V.                      NO: 2:09CV00183 JMM

GREG HARMON *et al.*                                           DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __19__ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE